## DISCIPLINARY HEARING COMM'N OF THE N.C. STATE BAR v. FRAZIER

No. 72PA01

Case below: 141 N.C. App.

354 N.C. 555

Petition by defendant pro se for writ of mandamus denied 9 May 2002. Petition by defendant pro se for any other extraordinary writs pursuant to N.C. Rules of Appellate Procedure denied 9 May 2002. Motion by defendant pro se for expedited relief pursuant to N.C. Rule of Appellate Procedure 37 denied 9 May 2002. Motion by defendant pro se pursuant to N.C. Rule of Civil Procedure 11(a) sanction of forfeiture of award of attorney's fees pursuant to N.C. Rules denied 9 May 2002.

## DOUGLAS v. N.C. DEP'T OF CORR.

No. 186P02

Case below: 149 N.C. App. 667

Petition by plaintiff pro se for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

## FIRST UNION NAT'L BANK v. BURGESS

No. 37P02

Case below: 147 N.C. App. 785

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 23 April 2002.

## GILES v. FIRST VA. CREDIT SERVS., INC.

No. 157P02

Case below: 149 N.C. App. 89

Notice of appeal by plaintiffs pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 9 May 2002. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.